IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GRAHAM, | 1:08-cv-00881-SMS (HC) |
|     Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER |
|     vs. | |
| D.DEXTER, et al., | (DOCUMENT #19) |
|     Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 22, 2008, respondent filed a motion to extend time to file an answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file an answer.

IT IS SO ORDERED.

**Dated:   January 6, 2009**             /s/ Sandra M. Snyder
                                                                 UNITED STATES MAGISTRATE JUDGE